**Gregory D. WALSH, petitioner,**
**v. UNITED STATES.**
No. 07–9292.
March 24, 2008.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.